UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:                                                                                         Case No:  3:24-BK-03310-JAF

LA'QUITTA BOUKNIGHT-RIVERS
                Debtor
_____/

PROOF OF SERVICE

I hereby certify a true and correct copy of the **ORDER CONFIRMING PLAN**, **Docket Number 25**, was served by electronic transmission, facsimile transmission and/or U.S. Mail on April 07, 2025 on the parties indicated on said order.

                                                        By /s/ Douglas W. Neway
                                                        Douglas W. Neway
                                                        Chapter 13 Standing Trustee
                                                        Florida Bar No. 0709948
                                                        P. O. Box 4308
                                                        Jacksonville, Florida 32201-4308
                                                        Telephone:     (904) 358-6465
                                                        FAX:              (904) 634-0038

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:24-bk-03310-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Apr  7 09:12:57 EDT 2025 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | AmeriCredit Financial Services, Inc. DBA GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| La'Quitta Bouknight-Rivers<br>111  Talulla Trail<br>Saint Augustine, FL 32095-9107 | DHI Mortgage Company, LTD<br>c/o Alexander Dowding<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Aaron Appliances<br>10740 Atlantic Blvd<br>Jacksonville, FL 32225-2926 |
| Ally Financial, Inc<br>Attn: Bankruptcy<br>500 Woodard Ave<br>Detroit, MI 48226-3416 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | Capital Community Bank -<br>c/o Opportunity Financial, LLC<br>130 E. Randolph Street, Suite 3300<br>Chicago, IL 60601-6313 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A. -<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Comenity Bk/Ulta<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Comenity/MPRC<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 |
| (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>701 Experian Pkwy<br>Allen, TX 75013-3715 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615-9053 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gm Financial<br>801 Cherry Street, Ste. 3600<br>Fort Worth, TX 76102-6855 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC -<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Midland Credit Management, Inc. -<br>PO Box 2037<br>Warren, MI 48090-2037 |

| | | |
|---|---|---|
| (p)NATIONAL CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 672288<br>MARIETTA GA 30006-0039 | Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | OppLoans<br>Attn: Bankruptcy<br>One Prudential Plaza, 130 E Randolph St,<br>Chicago, IL 60601 |
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | Quantum3 Group LLC as agent for -<br>Katapult Group Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sloan Servicing on behalf of OSFA -<br>Ascendium Education Solutions, Inc.<br>PO Box 8961<br>Madison WI 53708-8961 |
| Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 N Wickham Road<br>Melbourne, FL 32940-7920 | St. Johns County Tax Collector<br>Dennis W. Hollingswo<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Transunion<br>Post Office Box 2000<br>Chester, PA 19016-2000 | Transworld System Inc<br>Attn: Bankruptcy<br>Po Box 15618<br>Wilmington, DE 19850-5618 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Atlas Acquisitions LLC -<br>on behalf of Steel River Systems, LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | DHI Mortgage Company, LTD. -<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 |
| Equifax Credit Information<br>Post Office Box 740256<br>Atlanta, GA 30374-0256 | Jefferson Capital Systems LLC -<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | MOHELA<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfiled, MO 63005 |
| National Credit Systems, Inc.<br>Attn: Bankruptcy<br>P.O. Box 672288<br>Atlanta, GA 30006 | (d)National Credit Systems, Inc. -<br>P.O.BOX 672288<br>Marietta, GA 30006 | U.S. Department of Housing and Urban Develop<br>601 West Broadway, Room 110<br>Louisville, KY 40202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| (d)DHI MORTGAGE COMPANY, LTD.<br>c/o Alexander Dowding<br>P.O. Box 800<br>Tampa, FL 33601-0800 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   42<br>Bypassed recipients    5<br>Total                 47 |